**Jose RODRIGUEZ, Petitioner,**

v.

**Michael B. MUKASEY, Attorney
General, Respondent.**

**No. 06–72076.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 20, 2007 *.

Filed Dec. 28, 2007.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Alejandro Garcia, Esq., City of Commerce, CA, for Petitioner.

CAC–District, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Stephen Elliott, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. Agency No. A72–909–295.

Before: GOODWIN, WALLACE, and HAWKINS, Circuit Judges.

### MEMORANDUM **

Jose Rodriguez, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from an immigration

** This disposition is not appropriate for publi-

judge's ("IJ") decision denying his motion to reopen. We have jurisdiction pursuant to 8 U.S.C. § 1252, *Fernandez–Ruiz v. Gonzales,* 468 F.3d 1159, 1163 (9th Cir. 2006), and deny the petition for review.

As the IJ provided alternative grounds for denying Rodriguez's motion on the merits, we need not address his contention that his motion was timely.

Reviewing de novo, we conclude that Rodriguez's due process contention is unpersuasive. In light of the IJ's multiple reasons for denying relief, Rodriguez has not demonstrated that he was prejudiced by the agency's failure to provide him a transcript of his removal hearing. *See Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000) ("To prevail on a due process challenge to deportation proceedings, [a petitioner] must show error and substantial prejudice.").

**PETITION FOR REVIEW DENIED.**

\* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.